PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. ERNEST KAHN, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEN GREY, Respondent, v. HUGH S. JOHNSON, Defendant, and NEW YORK WORLD-TELEGRAM CORPORATION et al., Defendants-Appellants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELAINE HONIGSBERG, Respondent, v. MAX BELSKY et al., Appellants, et al., Defendants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to affirm.

226 EAST 86TH STREET CORPORATION, Respondent, v. CHARLES G. MARTIN, Appellant.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of HANOVER TEXTILE CO., INC., Judgment Creditor, Appellant, v. HARRY SOLODOW, Judgment Debtor, Respondent, and ROSE NATHANSON et al., Doing Business under the Name of VERON & COMPANY, Judgment Debtors.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration Between AQUA MFG. CO., INC., Respondent, and H. WARSHOW & SONS, INC., Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [179 Misc. 949.]

MAX SANDERS, Respondent, v. I. A. WYNER & CO., INC., et al., Appellants.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARIE E. SMITH, Respondent, v. BERNARD TOBIAS, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant the motion, on condition that defendant pays a full bill of costs and that the judgment be allowed to stand as security.

STRUCTURAL BUILDERS, INC., Respondent, v. BOBBYDICK AMUSEMENT CO., INC., Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of MARTIN J. KEANE et al., Appellants, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission, et al., Respondents, and JOSEPH M. BARRY, Individually and on Behalf of Others Similarly Situated, Interveners, Respondents.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.